**Order entered January 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00470-CV

**JEFFREY ALLEN KRAUSE AND AKIKO KRAUSE, Appellants**

**V.**

**JASON CHEN, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01778-2021**

**ORDER**

Before the Court is appellee's January 10, 2022 motion to dismiss the appeal for want of prosecution because appellants have failed to pay this Court's filing fee and the fee for the clerk's record. The clerk's record was filed on January 11.

Appellant Jeffrey Allen Krause filed a statement of inability to afford payment of court costs in this Court on January 10. Pursuant to Texas Rule of Appellate Procedure 20.1(a) and (c), appellants are permitted to proceed without payment of this Court's filing fees. *See* TEX. R. APP. P. 20.1(a), (c). However, fees

charged by the court reporter for the preparation of the reporter's record are governed by Texas Rule of Civil Procedure 145. *See id.* 20.1(a); TEX. R. CIV. P. 145. Nothing in our record indicates appellants have filed a statement of inability to pay pursuant to that rule.

The reporter's record is overdue. We **ORDER** Jennifer Corley, Official Court Reporter for County Court at Law No. 6, to file, by **February 23, 2022**, either the reporter's record or written verification that appellants have not requested or paid the fee for preparing the record. We caution appellants that if we receive written verification of no request or no payment, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DENY** appellee's motion to dismiss the appeal.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Corley and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE